No. 575. SANTIAGO, APPELLANT, v. REGISTRAR OF SAN GERMÁN, RESPONDENT.—Decided November 20, 1923. In view of the appellant's omission to exhibit a duly authenticated certificate of the marriage referred to in the mortgage deed wherein the curable defect in question was found, and the decisions in *Pujals* v. *Registrar*, 20 P. R. R. 40; *Rivera* v. *Registrar*, 26 P. R. R. 565; *Ortiz* v. *Registrar*, 23 P. R. R. 652, and *Ochoa* v. *Registrar*, 26 P. R. R. 713, the decision was affirmed.

No. 431. CIVIDANES, PETITIONER, v. DISTRICT COURT OF GUAYAMA.—Certiorari. Decided November 30, 1923. Considering that the district court acted correctly in staying the proceedings until the motion for a change of venue should be decided by the United States District Court for Porto Rico, the petition was denied.

No. 579. MARTÍNEZ, APPELLANT, v. REGISTRAR OF MAYAGÜEZ, RESPONDENT.—Decided December 5, 1923. The decision of the registrar was affirmed.

No. 3191. BUITRAGO, COMMISSIONER, ETC., APPELLEE, v. MUNICIPAL ASSEMBLY OF GUAYAMA, APPELLANT.—District Court of Guayama. Decided December 7, 1923. Appeal dismissed on motion of the appellee because of appellant's failure to file a bill of exceptions or statement of the case, or move for an extension of time or file the transcript.

No. 2113. PEOPLE, APPELLEE, v. APARICIO, APPELLANT.— District Court of Ponce. Seduction. Decided December 17, 1923. The case having been heard with the sole attendance of the *Fiscal* and the only error assigned being that the verdict was not supported by the evidence, the appeal was dismissed and the judgment affirmed.